**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-mj-00157

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALEXANDER STROHMEYER,

     Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

COMES NOW, Richard Kornfeld of Recht Kornfeld, P.C. hereby enters his appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Richard Kornfeld*
Richard Kornfeld
Attorney for Defendant Alexander Strohmeyer
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
rick@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** with the Clerk of Court using the  CM/ECF system which will send notification of such filing to all listed parties.


*s/ Leni Charles*
Paralegal