### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 26-mj-00157

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALEXANDER STROHMEYER,

      Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW, Kelly Page of Recht Kornfeld, P.C. hereby enters her appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Kelly Page*
Kelly Page
Attorney for Defendant Alexander Strohmeyer
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
kelly@rklawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2026, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT** with the Clerk of Court using the  CM/ECF system which will send notification of such filing to all listed parties.


*s/ Valerie Lucero*
Paralegal